# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD., <br> KEY PATENT INNOVATIONS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:24-cv-1795-S <br><br> **JURY TRIAL DEMANDED** |

### ADDITIONAL ATTACHMENT TO
### PLAINTIFFS VALTRUS INNOVATIONS LTD. AND KEY PATENT INNOVATIONS
### LIMITED'S RESPONSE TO DEFENDANT GOOGLE LLC'S
### MOTION TO EXTEND TIME (DKT. #30)

1. Declaration of Jason Sheasby in Support of Plaintiff Valtrus Innovations Ltd. and Key Patent Innovations Limited's Response to Defendant Google LLC's Motion for An Extension of Time

Dated:  December 26, 2024

Respectfully submitted,

By:    */s/ Greg Love*

Greg Love (SBN 24013060)
**STECKLER WAYNE & LOVE PLLC**
107 E Main Street
Henderson, Texas 75652
Telephone: (903) 212-4444
E-mail: greg@stecklerlaw.com

Hon. Paul D. Stickney (Ret.) (SBN 00789924)
**STECKLER WAYNE & LOVE PLLC**
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75230
Telephone: (972) 387-4040
E-mail: judgestickney@stecklerlaw.com

Jason Sheasby (admitted *pro hac vice*)
Amy E. Proctor (admitted *pro hac vice*)
Connor He-Schaefer (admitted *pro hac vice*)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
E-mail: jsheasby@irell.com
E-mail: aproctor@irell.com
E-mail: che-schaefer@irell.com

**COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

    This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 26, 2024.

                                                                           */s/ Greg Love*