# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD., KEY PATENT INNOVATIONS LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:24-cv-01795-S <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON SHEASBY IN SUPPORT OF PLAINTIFFS VALTRUS INNOVATIONS LTD. AND KEY PATENT INNOVATIONS LIMITED'S RESPONSE TO DEFENDANT GOOGLE LLC'S MOTION FOR AN EXTENSION OF TIME**

I, Jason Sheasby, hereby declare as follows:

1. I am a partner at Irell & Manella LLP, counsel for Plaintiffs Valtrus Innovations Ltd. ("Valtrus") and Key Patent Innovations Limited ("KPI") in the above captioned action. I am an attorney and a member in good standing of the Bar of the State of California, and I am admitted *pro hac vice* to practice before this court. I provide this declaration in support of Valtrus and KPI's response to Defendant Google LLC's motion for an extension of time. I have personal knowledge of the information set forth herein and could and would testify competently thereto if called as a witness.

2. Attached as **Exhibit 1** is a true and correct copy of a December 23, 2024 email from Greg Love, counsel for Valtrus, to Joshua Lang, counsel for Google.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on December 26, 2024.

*/s/ Jason Sheasby*
Jason Sheasby
