IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD., KEY PATENT INNOVATIONS LIMTIED,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Case No. 3:24-cv-01795-S**<br><br>**JURY TRIAL DEMANDED** |

**APPENDIX TO PLAINTIFFS VALTRUS INNOVATIONS LTD.'S AND KEY PATENT INNOVATIONS LIMITED'S RESPONSE TO DEFENDANT GOOGLE LLC'S MOTION FOR AN EXTENSION OF TIME**

Under Northern District of Texas Local Rule 7.1(i), Plaintiffs Valtrus Innovations Ltd. ("Valtrus") and Key Patent Innovations Limited ("KPI") hereby submit this Appendix in support of their response to Defendant Google's LLC's ("Google") motion for an extension of time, which contains the following documents.

| Exhibit 1 | A December 23, 2024 email from Greg Love, counsel for Valtrus and KPI, to Joshua Lang, counsel for Google, sent at 9:09 p.m. | Appx. 1 |

- 1 -

**EXHIBIT 1**

**From:** Greg Love <Greg@stecklerlaw.com>
**Sent:** Monday, December 23, 2024 9:09 PM
**To:** Joshua Lang <jlang@lynnllp.com>
**Cc:** David Perlson <davidperlson@quinnemanuel.com>; Chelsea Till <ctill@lynnllp.com>; Jason Sheasby <JSheasby@irell.com>; Proctor, Amy <AProctor@irell.com>; Judge Paul Stickney <judgestickney@stecklerlaw.com>
**Subject:** Re: Valtrus v. Google: Extension request for recently filed motions; Valtrus II Conference

Josh-

As to your request for an extension on the response to the motions to consolidate in Valtrus I and II, and Valtrus' Motion to Amend the Complaint in Valtrus I, Valtrus is willing to not oppose an extension from January 8th to January 22nd so long as Google agrees not to use the agreement as a basis to delay the status conference on January 8th in Valtrus II and Google agrees to a similar courtesy the next time it files a motion.

Valtrus is willing to not oppose an extension from January 2nd to January 16th for Google's response to the Amended complaint in Valtrus II so long as Google agrees not to use the agreement as a basis to delay the status conference on January 8th in Valtrus II and Google agrees to a similar courtesy the next time it files a motion.

**Greg Love**
Steckler Wayne & Love PLLC
East Texas Office
903.212.4444