IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD., KEY PATENT INNOVATIONS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 3:24-CV-1795-S |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that the undersigned attorney, who is counsel for Defendant Google LLC in this action, is now a member of the law firm of Hogan Lovells and can be contacted at the following address:

David A. Perlson
Hogan Lovells US LLP
4 Embarcadero Center
Suite 3500
San Francisco, CA 94111
Tel.: 415-374-2412
Fax: 415-374-2499
david.perlson@hoganlovells.com

We also updated Mr. Perlson's contact information on file with the Clerk of Court and in the Court's CM/ECF filing system.

We respectfully request that the Court and all counsel direct all further correspondence and serve all documents on Mr. Perlson at the address provided above.

Dated: January 10, 2025                    Respectfully submitted,

By: */s/Michael K. Hurst*_____
Michael K. Hurst
mhurst@lynnllp.com
Texas Bar No. 10316310
Julia A. Simon
jsimont@lynnllp.com
Texas Bar No. 00784970
Chelsea A. Till
ctill@lynnllp.com
Texas Bar No. 24115858
Joshua D. Lang
jlang@lynnllp.com
Texas Bar No. 24109450

**LYNN PINKER HURST & SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 (Telephone)
(214) 981-3839 (Facsimile)

David A. Perlson, *admitted pro hac vice*
Hogan Lovells US LLP
4 Embarcadero Center
Suite 3500
San Francisco, CA 94111
Tel.: 415-374-2412
Email: david.perlson@hoganleovells.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on all counsel of record via the Court's CM/ECF system on January 10, 2025.

                                                                 */s/Michael K. Hurst*  
                                                              Michael K. Hurst